**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jaime GARCIA–HERRERA, a.k.a. Cobra Barrioquatro, a.k.a. Miguel Lardoguri–Gonzales, Defendant—Appellant.**

No. 10–10188.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed June 29, 2011.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–p.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

## MEMORANDUM **

Jaime Garcia–Herrera appeals from the 50–month sentence imposed following his guilty-plea conviction for re-entry of removed alien, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

▪ Garcia–Herrera contends that the district court procedurally erred (1) by failing to consider his argument that the sentencing enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) lacks an empirical basis or considered rationale and is not an accurate measure of the gravity of the underlying offense; and (2) by failing to explain why it selected his sentence. We review for plain error, *see United States v. Dallman,* 533 F.3d 755, 761 (9th Cir.2008), and affirm because Garcia–Herrera has not established any error by the district court, *see id.* at 761–62. The record shows that the court heard and considered all of Garcia–Herrera's arguments and properly explained its rationale for selecting the sentence. *See United States v. Amezcua–Vasquez,* 567 F.3d 1050, 1053–54 (9th Cir. 2009).

▪ Garcia–Herrera also contends that the sentence is substantively unreasonable. In light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the below-Guidelines sentence was not substantively unreasonable. *See Unit-*

Bridget S. Bade, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Deborah Ann Bigbee, Esquire, Scottsdale, AZ, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*ed States v. Valencia–Barragan,* 608 F.3d 1103, 1108–09 (9th Cir.2010).

**AFFIRMED.**

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.